No. 975.   ROBERTS ET AL. *v.* WASHINGTON TRUST CO. Motion submitted May 5, 1934.   Decided May 14, 1934. *Per Curiam:* The motion of the appellee to dismiss the appeal herein is granted, and the appeal is dismissed for the want of jurisdiction.   Section 237 (a) Judicial Code as amended by the Act of February 13, 1925 (43 Stat. 936, 937).   Treating the papers whereon the appeal was allowed as a petition for writ of certiorari, as required by § 237 (c) Judicial Code as amended (43 Stat. 936, 938), certiorari is denied.   *Mr. Robert H. Locke* for appellants.

*Mr. John C. Judson* for appellee.